# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2016

Robert P. Young, Jr.,
Chief Justice

153025(43)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

KRYSTAL LOWREY,
       Plaintiff-Appellee,

v

LMPS & LMPJ, INC.,
       Defendant,
and

KSK HOSPITALITY GROUP, INC.,
d/b/a WOODY'S DINER,
       Defendant-Appellant.
_____/

SC: 153025
COA: 323049
Oakland CC: 2013-134588-NO

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing an answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 14, 2016.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2016



Clerk